**Order entered October 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01072-CR

**THOMAS PAUL GILBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80015-2018**

## ORDER

The State of Texas's Motion for Extension of Time to File State's Brief is **GRANTED**.

The State's Brief—filed contemporaneously with its Motion for Extension—is deemed timely

filed.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE